**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hellbender Brewing Company LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-5299879 |
| 4. | Debtor's address | **Principal place of business**<br><br>**5788 2nd Street, NE**<br>**Washington, DC 20011**<br>Number, Street, City, State & ZIP Code<br><br>**District of Columb**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.hellbenderbeer.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Hellbender Brewing Company LLC**  _____ Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2082__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Hellbender Brewing Company LLC**                                                Case number (*if known*) _____
       Name

| 11. Why is the case filed in this district? | Check all that apply: |
|---|---|
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No |
|---|---|
| | ■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?   **5788 2nd Street, NE**
                         **Washington, DC, 20011-0000**
                         Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
■ Yes.   Insurance agency   **The Hartford**
         Contact name       **McFarlin Insurance Agency LLP**
         Phone              **410-312-7800**

---

■ **Statistical and administrative information**

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ■ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Hellbender Brewing Company LLC**               Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 1, 2016**
            MM / DD / YYYY

X _____[signature]_____        **Patrick Mullane**
Signature of authorized representative of debtor    Printed name

Title  **Vice President**

**18. Signature of attorney**

X _____[signature]_____        Date  **November 1, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Lawrence A. Katz**
Printed name

**Hirschler Fleischer**
Firm name

**8270 Greensboro Drive**
**Suite 700**
**Tysons, VA 22102**
Number, Street, City, State & ZIP Code

Contact phone  **703-584-8900**    Email address  **lkatz@hf-law.com**

**D.C. Bar No. 252825**
Bar number and State

## WRITTEN CONSENT OF THE MANAGING MEMBERS OF
## HELLBENDER BREWING COMPANY LLC

October 28, 2016

The undersigned, being the managing members (the "Managing Members") of Hellbender Brewing Company LLC, a Delaware limited liability company (the "Company"), hereby consents, in writing and on behalf of the Company, to the adoption of the following resolutions:

RESOLVED, that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") is desirable and in the best interests of the Company, its creditors, its members and other interested parties, and it hereby is approved; and it is further

RESOLVED, that Patrick Mullane, the Vice President of the Company, and such other officers of the Company as he shall from time to time designate, or as are authorized to act under the Company's Bylaws (each an "Authorized Person") be, and each hereby is, authorized and empowered to execute and verify on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Person shall determine; and it is further

RESOLVED, that each Authorized Person be, and each hereby is, authorized to execute and file on behalf of the Company all schedules, petitions, lists, documents, pleadings, affidavits and other papers and to take any and all action that as may be necessary or proper in connection with the chapter 11 case of the Company; and it is further

RESOLVED, that each Authorized Person be, and each hereby is, authorized and directed to retain on behalf of the Company the law firm of Hirschler Fleischer to render legal services to, and to represent, the Company in connection with the chapter 11 case and other related matters in connection therewith, upon such terms and conditions as the Managing Members shall approve; and it is further

RESOLVED, each Authorized Person be, and each hereby is, authorized, if so directed by the Managing Members, to retain on behalf of the Company a financial advisory firm to render financial advisory services to the Company in connection with the chapter 11 case and other related matters in connection therewith, upon such terms and conditions as the Managing Members shall approve; and it is further

RESOLVED, that each Authorized Person be, and each hereby is, authorized to retain on behalf of the Company such other professionals as may be necessary or

{LTB-00062619- }

appropriate, upon such terms and conditions as the Managing Members shall approve, to represent, assist or consult with the Company during the chapter 11 case; and it is further

RESOLVED, that each Authorized Person be, and each hereby is, authorized and directed to take any and all further actions, to execute and deliver any and all such further instruments and documents, and to pay all expenses (subject to Bankruptcy Court approval, where necessary) in each case as in their judgment shall be necessary or desirable in order to carry out and facilitate fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any and each Authorized Person, which are necessary and desirable to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

The Managing Members, by signing this consent, agree to the adoption of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date noted above.

By: _____        _____
    PATRICK MULLANE                    BENJAMIN EVANS
    Managing Member                    Managing Member

8188721-1  041587.00001

{LTB-00062619- }                           2